1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

JOE GONZALEZ,                          ) Case No. CV 09-3830 DDP (JCG)
                                       )
12
                    Petitioner,        )
                                       )
13
              v.                       ) **JUDGMENT**
                                       )
14
LELAND MCEWEN, Warden,                 )
                                       )
15                                     )
                                       )
16                  Respondent.        )
                                       )
17 _____    )

18
19          IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

20 **PREJUDICE**.

21
22 DATED: March 10, 2011

23                                     _____

24                                          HON. DEAN D. PREGERSON
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28